**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:25-cv-21514-KMW**

**TERESA WILLIAMS, individually and as Personal Representative of the Estate of Kevin Williams**,

Plaintiff,

v.

**CARNIVAL CORPORATION, CARNIVAL CORPORATION & PLC, and CARNIVAL CRUISE LINE,**

Defendants.
_______________________________/

**PLAINTIFF'S FACT WITNESS LIST**

Plaintiff by and through her undersigned counsel, and pursuant to the Court's Amended Scheduling Order (ECF No. 29), hereby serves its Fact Witness List, and states as follows:

1. All witnesses listed by the Defendants, without waiving the right to object to same.

2. Theresa Gale Williams
c/o Eisenberg & Baum, LLP

3. Kevin Latrell Williams
c/o Eisenberg & Baum, LLP

4. Josephine Williams
c/o Eisenberg & Baum, LLP

5. Barbara Wilson
c/o Eisenberg & Baum, LLP

6. In addition to the specifically identified witnesses listed herein, Plaintiff reserves the right to call:

A. Any and all officers, employees, agents, contractors, representatives, medical personnel, guest services personnel, security personnel, shipboard personnel, shoreside personnel, corporate representatives, port agents, dispatch personnel, communications personnel, and/or other individuals employed by, affiliated with, retained by, or acting on behalf of Defendants who:

i. participated in, witnessed, supervised, authorized, recommended, denied, evaluated, discussed, documented, monitored, or communicated regarding the medical condition, treatment, care, transport, disembarkation, evacuation, or emergency response relating to Kevin Williams;

ii. participated in, witnessed, supervised, authorized, recommended, denied, evaluated, discussed, documented, monitored, or communicated regarding any request for, consideration of, recommendation of, refusal of, denial of, or communication with the United States Coast Guard or any other emergency medical evacuation or airlift authority concerning Kevin Williams;

iii. participated in, witnessed, supervised, authorized, recommended, denied, evaluated, discussed, documented, monitored, or communicated regarding ship-to-shore communications, shoreside medical consultations, emergency response procedures, medical escalation protocols, port coordination, or communications with medical facilities relating to Kevin Williams;

iv. participated in, witnessed, supervised, authorized, recommended, denied, evaluated, discussed, documented, monitored, or communicated regarding the coordination of Mr. Williams's disembarkation from the vessel, including transportation, payment demands, onboard charges, billing issues, guest services interactions, or communications with Plaintiff or Mr. Williams's family;

v. possess knowledge concerning Defendants' policies, customs, practices, training, historical practices, prior incidents, emergency medical evacuation procedures, discrimination policies, passenger treatment practices, or decision-making processes relevant to the claims and defenses in this action;

vi. were identified in any document production, deposition testimony, interrogatory response, Rule 26 disclosure, supplemental disclosure, incident report, communication log, medical record, email, text message, recording, investigative file, or other discovery produced in this matter.

7. Plaintiff further reserves the right to call any witness identified by Defendants, any witness necessary for impeachment or rebuttal, and any witness identified through continuing discovery.

8. Plaintiff reserves the right to add to, delete from, modify, and/or supplement this list upon reasonable notice, as discovery continues in the instant action.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via-email on this 28th day of May, 2026, to: Michael J. Drahols, Michael.drahos@gray-robinson.com; W. Cooper Jarnagin, cooper.jarnagin@gray-robinson.com; Ashley N. Genoese, ashley.genoese@gray-robinson.com, and Charles J. Roussin, charles.roussin@gray-robinson.com.

EISENBERG & BAUM, LLP
24 Union Square East
Penthouse
New York, New York 10003
Telephone: (212) 353-8700

By: /*s Adriana Alcalde*
Adriana Alcalde, Esq.
Florida Bar No. 0617059
Email: aalcalde@eandblaw.com

Reyna L. Lubin, Esq.
(pro hac vice)
Email: rlubin@eandblaw.com

*Attorneys for Plaintiff*